# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Sherome Tobo Rice

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-154 (1) DSD**

0541 - 04 04 - 0853 - D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Sherome Tobo Rice

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Jacie Ellingson

(By) Jackie Ellingson, Deputy Clerk

April 4, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

ARRESTED ON 4-4-05
ARRESTED BY USMS-CA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [illegible]

SCANNED
APR 5 2005
U.S. DISTRICT COURT MPLS