UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

April 5, 2005

RECEIVED
BY MAIL
APR 11 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk, U.S. District Court
District of Minnesota
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S.A. v. Rice
Case No. Ours: 4:05-mj-30(GMF) / Yours: CR-03-65 RHK/AJB
CR 02-154 DSD

Dear Sir/Madam: Rule 5 documents

A Rule 5 hearing was conducted regarding the above-captioned matter.

Please find enclosed a complete copy of our file, as well as a certified copy of the docket sheet

Please acknowledge receipt of these documents upon the enclosed copy of the letter.

Sincerely,

Gregory J. Leonard, Clerk

S/ Timothy L. Frost
Deputy Clerk

SCANNED
APR 12 2005
U.S. DISTRICT COURT ST. PAUL

PROB 12 (11/30/00)

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sherome Tobo Rice**

**Docket No. 0:03CR00065-1 (RHK)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sherome Tobo Rice** (3419 Columbus Ave S, Upper, Minneapolis, MN) who was sentenced on September 17, 2003, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug and alcohol treatment and submit to mandatory drug testing.
- 90 days electronic monitoring (modified on August 16, 2004).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION. The defendant shall abstain from any unlawful use of a controlled substance.

On August 12, 13, and 19, 2004, Mr. Rice submitted urine samples which tested positive for cocaine and marijuana.

> SPECIAL CONDITION: The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse.

Mr. Rice was to begin weekly group sessions at Resource Recovery Center beginning on May 13, 2004. He attended only two sessions on July 8 and 15, 2004. On June 18 and 21; July 14, 22, and 28; August 2 and 11, and September 13 and 20, 2004, Mr. Rice failed to attend scheduled urine testing.

> STANDARD CONDITION #2: The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

On July 8, 2004, Mr. Rice was instructed to report to the probation office on a weekly basis. He attended appointments on July 13 and August 12 and 24, 2004. His whereabouts is unknown.

> STANDARD CONDITION #6. The defendant shall notify the probation officer 10 days prior to any change in residence or employment.

Mr. Rice has not made contact with the probation office since September 2, 2004. Contact with his mother indicates his whereabouts is unknown.

FILED SEP 27 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK

PRAYING THAT THE COURT WILL ORDER That a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this 27th day of September, 2004, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

Respectfully,

John G. Baskfield
U.S. Probation Officer

Place Minneapolis, MN
Date September 23, 2004

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 03-65 (1) RHK**

Sherome Tobo Rice

0441- 0927-1320-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Sherome Tobo Rice
3419 Columbus Ave S, Upper
Minneapolis, MN

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) Petition and Order on Violation of Supervised Release charging him or her with:

Supervised Release Violation

Ordered by: Richard H. Kyle, United States District Court Judge.

Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk

September 27, 2004 at St. Paul, MN

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sherome Tobo Rice**

**Docket No. 0:02CR00154-1(DSD)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sherome Tobo Rice** who was sentenced on May 23, 2000, by the Honorable A. Joe Fish, sitting in the court at Fort Worth, TX, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Financial disclosure
No new credit
$21,000 Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall abstain from any unlawful use of a controlled substance.

On August 12, 13, and 18, 2004, Mr. Rice submitted urine samples which tested positive for cocaine and marijuana.

SPECIAL CONDITION: The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse.

Mr. Rice was to begin weekly group sessions at Resource Recovery Center in Minneapolis, Minnesota, beginning on May 13, 2004. He attended only two sessions on July 8 and 15, 2004. On June 18 and 21; July 14, 23, and 28; August 2 and 11; and September 13 and 20, 2004, Mr. Rice failed to submit scheduled urine testing.

STANDARD CONDITION #2: The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

On July 8, 2004, Mr. Rice was instructed to report to the probation office on a weekly basis. He attended appointments on July 13 and August 12 and 24, 2004. His whereabouts is unknown.

RECEIVED
JAN 14 REC'D
U.S. PROBATION OFFICE
MINNEAPOLIS, MINNESOTA

STANDARD CONDITION #6: The defendant shall notify the probation officer 10 days prior to any change in residence or employment.

Mr. Rice has not made contact with the probation office since September 2, 2004. Contact with his mother indicates his whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER That a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 11th day of January, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

Respectfully,

John G. Baskfield
U.S. Probation Officer

Place Minneapolis
Date January 13, 2005

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Sherome Tobo Rice

## WARRANT FOR ARREST

CASE NUMBER: CR 02-154 (1) DSD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Sherome Tobo Rice

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

April 4, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

A true printed copy in 2 sheet(s) of the electronic record filed on ______, in the United States District Court for the District of Minnesota.
CERTIFIED, 4-4, 2005.
RICHARD D. SLETTEN
BY: Jackie Ellingson
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

April 4, 2005

NOTICE OF COURTROOM ACTIVITY

TO:

☒ JUDGE G. MALLON FAIRCLOTH

☒ U.S. MARSHAL

☒ COURT SECURITY

☒ U.S. ATTORNEY (JOHN LYNCH)

☒ DEFENDANT'S ATTORNEY (WILLIAM J. MASON)

☒ PROBATION OFFICE

The following matter will be heard in DISTRICT COURTROOM 2, COLUMBUS, GEORGIA, at 4:00 p.m. on 04/04/2005:

Rule 5 Hearing of Sherome Tobo Rice, 4-05-mj-30 (GMF)

Gregory J. Leonard, Clerk

S/ Timothy L. Frost
Deputy Clerk

# MINUTE SHEET
## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

SHEROME TOBO RICE

Case Number: 4-05-mj-30

Courtroom Deputy: Timothy L. Frost

Court Reporter:

Tape No.: 050404GMF

Judge: G. Mallon Faircloth

AUSA: JOHN LYNCH

USPO: WENDY HOWARD

Deft's Atty: WILLIAM J. MASON
[x] Appointed [ ] Retained [ ] Waived for IA

Date of Hearing: April 4, 2005

Date of Arrest: April 2, 2005

Interpreter:

[x] Initial Appearance on: [ ] Indictment [ ] Information [ ] Revocation Hearing [ ] Complaint
[ ] Arraignment [ ] Preliminary Examination [ ] Bond/Detention Hearing [ ] Removal Hearing

**INITIAL APPEARANCE/ARRAIGNMENT**

- [ ] At the time of initial appearance
- [ ] Deft's attorney present
- [ ] Deft advised of charges and max penalties
- [ ] Deft advised of rights (Rule 11, FRCrP)
- [ ] Deft waived reading of the charges and pleaded NOT GUILTY in writing
- [ ] Deft. advised of Rule 20 (FRCr.P)
- [ ] Standard Pretrial Order given to Deft.'s Atty.
- [ ] Notice of court policy on retained attorneys given to Deft.'s Atty.
- [ ] Deft. refused to enter plea; NOT GUILTY plea entered by Court

Court Time (MJSTAR):

**DETENTION HEARING**

- [x] Government motion for detention:
- [x] Granted [ ] Denied [ ] Order to follow
- [ ] Bond set at
- [ ] Own Recognizance [ ] Unsecured
- [ ] Fully Secured [ ] Secured by 0%

Conditions of Release:

- [ ] Standard Conditions [ ] No Firearms
- [ ] Bond Supervision [ ] Drug/Alcohol Testing
- [ ] House Arrest [ ] Electronic Monitoring
- [ ] Surrender Passport [ ] Not to Obtain Passport
- [ ] Travel restricted to :
- [ ] Other:

Court Time (MJSTAR) 5 minutes

**REMOVAL HEARING**

- [ ] Deft. waived removal hearing [ ] Identity Only
- [x] Identity established
- [ ] Identify NOT established
- [ ] Deft. requested hearing is prosecution district
- [ ] Deft. requested hearing is this district
- [ ] Preliminary hearing held
- [ ] Deft. advised of Rule 20 (FRCrP)
- [x] No preliminary hearing required
- [x] Deft. ORDERED removed to: District of Minnesota
- [ ] Subject to satisfying conditions of release
- [ ] Removal DENIED

Court Time: (MJSTAR): 15 minutes

**EXHIBITS**

In Vault Attached Rtd to Atty

<u>Govt/Deft</u> <u>Ex. No.</u> <u>Description</u>

**NOTES/OTHER COMMENTS**

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| | | | |
|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>GAMCOL | 2. PERSON REPRESENTED<br>SHEROME TOBO RICE | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER<br>4:05-mj-30-1 of 1 (GMF) | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S.A. v. RICE | 8. PAYMENT CATEGORY<br>☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE *(See Instructions)*<br>Other |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Rule 5

12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

William J. Mason
Post Office Box 1011
Columbus, GA 31902-1011

Telephone Number : (706) 323-6220

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

13. COURT ORDER
☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel
Prior Attorney's Name:
Appointment Dates:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☒ Other *(See Instructions)*
Signature ~~of Presiding Judicial Officer or~~ By Order of the Court
April 4, 2005
Date of Order Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** — **FOR COURT USE ONLY**

| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $** 90.00 **) TOTALS:** | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $** 90.00 **) TOTALS:** | | | | | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | | |

| | | |
|---|---|---|
| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**
Signature of Attorney Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

| | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Middle District of Georgia

UNITED STATES OF AMERICA
V.
SHEROME TOBO RICE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 03-65(1) | 4-05-mj-30 (GMF) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify)

**charging a violation of** 18 **U.S.C. §** 751

**DISTRICT OF OFFENSE**
Minnesota

**DESCRIPTION OF CHARGES:**

Escape from VCA

**CURRENT BOND STATUS:**

☐ Bail fixed at $ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language:

**MIDDLE DISTRICT OF GEORGIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that ~~District or to~~ some other officer authorized to receive the defendant.

4/4/2005
Date

United States ~~Judge or~~ Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

**U.S. District Court [LIVE AREA]**
**Middle District of Georgia (Columbus)**
**CRIMINAL DOCKET FOR CASE #: 4:05-mj-00030-GMF-ALL**
**Internal Use Only**

Case title: USA v. Rice

Date Filed: 04/04/2005

---

Assigned to: U.S. Mag. Judge G. Mallon Faircloth

**Defendant**

**Sherome Tobo Rice** (1)

represented by **William J. Mason**
P.O. Box 1011
Columbus, GA 31901-1011
706-323-6220
Email: wmason2258@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:751A.F - PRISONER IN CUSTODY OF INSTITUTION OR OFFICER - Escape
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:751A.F - Escape from VCA

**Disposition**

A true and certified copy.
This ______ 20 05
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: ______ Deputy Clerk

---

**Plaintiff**

**USA**

represented by **John L. Lynch**
PO Box 2568

Columbus, GA 31902-2568
706-649-7700
Email: john.lynch4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | Rule 5 Documents from district of origin of offense as to Sherome Tobo Rice (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | | Arrest (Rule 5) of Sherome Tobo Rice (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | | Counts added: Sherome Tobo Rice (1) count(s) 1 (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | | ***JS-2 Opening Information (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | 2 | CJA 23 Financial Affidavit by Sherome Tobo Rice (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | | Attorney Appointment Hearing for proceedings held before Judge G. Mallon Faircloth : as to Sherome Tobo Rice held on 4/4/2005 (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | 3 | CJA 20 as to Sherome Tobo Rice: Appointment of Attorney William J. Mason for Sherome Tobo Rice. Signed at the direction of Judge G. Mallon Faircloth on 4/4/2005 (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | 4 | NOTICE OF HEARING as to Sherome Tobo Rice; Initial Appearance - Rule 40 set for 4/4/2005 04:00 PM in Columbus before U.S. Mag. Judge G. Mallon Faircloth (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | | Oral MOTION for Detention by USA as to Sherome Tobo Rice (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | 5 | Minute Entry for proceedings held before Judge G. Mallon Faircloth :Detention Hearing as to Sherome Tobo Rice held on 4/4/2005, Initial Appearance in Rule 5 Proceedings as to Sherome Tobo Rice held on 4/4/2005, Motion Hearing as to Sherome Tobo Rice held on 4/4/2005 granting Oral MOTION for Detention by USA (Tape #050404GMF.) (tlf). (Entered: 04/04/2005) |
| 04/04/2005 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Sherome Tobo Rice. Defendant committed to District of Minnesota . Signed by Judge G. Mallon Faircloth on 4/4/2005 (tlf). (Entered: 04/04/2005) |