UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Nos. 03-065(RHK) and 02-154(DSD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHEROME TOBO RICE,<br>Defendant. | ORDER OF DETENTION |

This matter came before the Court on April 27, 2005 for an initial appearance on alleged violations of the defendant's supervised release conditions. The defendant waived a preliminary hearing and a hearing on the motion of the United States for an order of detention. The defendant was present and represented by his attorney Daniel M. Scott. The United States was represented by Assistant United States Attorney Ann Anaya for Assistant United States Attorney Joseph T. Walbran.

Upon the waiver, the Court bound the defendant over for final revocation hearings, to be scheduled before U.S. District Judges Richard H. Kyle and David S. Doty.

## DISCUSSION

Pursuant to Federal Rule of Criminal Procedure 32.1 and Title 18, United States Code, Section 3143, a defendant may be released pending a final supervised release revocation hearing if he makes a clear and convincing showing that he is not likely to flee or pose a danger to another person or the community. The Court finds that the defendant has not made this showing and concludes that detention is warranted. The defendant is on supervised release for an escape violation for which he was sentenced on September 17,

2003 to a term of fifteen months, followed by two years supervised release. In addition, Rice is in violation of the terms of his supervised release in Cr. 02-154(DSD) upon a May 23, 2000 sentence for Bank Fraud Conspiracy out of the Northern District of Texas in which supervision was transferred to this district on May 17, 2002. Specifically, the reports showed that the defendant violated the conditions of his supervised release by using controlled drugs, failing to continue substance abuse treatment as directed, changing his residence, and absconding from supervision, all in the latter half of 2004. The Court finds that the defendant would be a risk of flight and a danger to the community if he were again released. Accordingly,

IT IS HEREBY ORDERED that:

1. The waiver is accepted and the motion of the United States for detention is granted;

2. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: April 28, 2005

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge