IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Sherome Robo Rice,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 03-65 and 02-154 1
Date: May 9, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 10:00
Time Concluded: 10:30
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Daniel Scott 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
Defendant admits violation - Sentenced to 1 year custody of BOP to be served concurrently to each other.

Court recommends confinement be in a facility in State of Minnesota.

Supervised release will be terminated at the conclusion imprisonment.

s/Deborah Siebrecht
Calendar Clerk