# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Sherome Tobo Rice**

**JUDGMENT IN A CRIMINAL CASE**
**AMENDED**
(For **Revocation** of Supervised Release)
Case Number: **Cr. 03-65 and 02-154**
USM Number: **09061-041**
Social Security Number: **5029**
Date of Birth: **1972**

**Daniel Scott**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition(s): **1, 2, 3** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | Tested positive for Cocaine and marijuana | August 18, 2004 |
| #2 | Participate in Program for alcohol/drug dependency | September 20, 2004 |
| #3 | Failure to notify USPO change of address | April, 2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 22, 2005**
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

**June 22, 2005**
Date

DEFENDANT: SHEROME ROBO RICE
CASE NUMBER: CR. 03-65 AND CR. 02-154

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one year to be served concurrently to each other.** Supervised release shall terminate at the conclusion of imprisonment.

[**x**] The court makes the following recommendations to the Bureau of Prisons:
**confinement be in a facility in State of Minnesota**

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on____________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal