USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

RECEIVED
05 JUL 14 PM 2:16
CLERK

# United States District Court

**District of Minnesota**

2005 MAY 10 P 3:19

UNITED STATES OF AMERICA
v.
**Sherome Robo Rice**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Cr. 03-65 and 02-154**
USM Number: **09061-041**
Social Security Number: **5029**
Date of Birth: **1972**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Daniel Scott**
Defendant's Attorney

RECEIVED
JUN 17 9 29 AM '05
US MARSHALS SERVICE
MPLS., MN

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s): 1, 2, 3 of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | Tested positive for Cocaine and marijuana | August 18, 2004 |
| #2 | Participate in Program for alcohol/drug dependency | September 20, 2004 |
| #3 | Failure to notify USPO change of address | April, 2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

May 9, 2005
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

May 9, 2005
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 5/9/05 in the United States District Court for the District of Minnesota.
CERTIFIED, 5/10, 20 05
RICHARD D. SLETTEN
BY: Deputy Clerk

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: SHEROME ROBO RICE
CASE NUMBER: CR. 03-65 AND CR. 02-154

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one year to be served concurrently to each other.** Supervised release shall terminate at the conclusion of imprisonment.

[x] The court makes the following recommendations to the Bureau of Prisons:
**confinement be in a facility in State of Minnesota**

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 06.15.05 to FCI WASECA

at WASECA, WI, with a certified copy of this judgment.

T. [signature]
~~United States Marshal~~

By FCC THA BUS
Deputy ~~United~~ ~~States~~ ~~Marshal~~