IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

Sherome Tobo Rice,

Defendant.

**ORDER FOR JUDGMENT DEBTOR EXAMINATION**

Crim. No. 02-154 (DSD)

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of Sherome Tobo Rice, judgment debtor, it is --

ORDERED: That Sherome Tobo Rice appear in Courtroom 13 West, of the United States Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota 55415, on July 10, 2007, at 10:00 a.m., before the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property, and credits.

IT IS FURTHER ORDERED: That the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last Federal tax return, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED: That, in the alternative, the

judgment debtor may appear before the Chief United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form attached hereto.

A copy of this ORDER shall be served upon the judgment debtor Sherome Tobo Rice, ten (10) days before the date of this Examination.

**FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.**

Dated: May 29, 2007 BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE