CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Criminal No. 02-154 DSD
)
SHEROME TOBO RICE, )
)
Defendant. )

I hereby certify that on _May 30, 2007_____, I served, or caused to be served, the following documents:

**Application for Debtor's Examination, Attachment A and OBD 500 Financial Questionnaire**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Sherome Tobo Rice
XXXX
Minneapolis, MN 55401

I further certify that I served, or caused to be served, the following document:

**Order for Judgment Debtor Exam signed by the Court**

to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and

address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Sherome Tobo Rice
XXXX
Minneapolis, MN 55401

s/ Jessica Scott