UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs. ORDER

Sherome Tobo Rice,

Defendant. Crim. No. 02-154 (DSD)

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination.

Defendant has now complied with the requirements of the debtor's examination, and, accordingly, it is --

ORDERED that the bench warrant be discharged.

Dated: September 17, 2007 BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE